1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ENRIQUE TORRES,                           No.  2:16-cv-1574-EFB

12              Plaintiff,

13        v.                                   ORDER

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
15
                Defendant.
16

17

18        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*.

19   Plaintiff, however, failed to file a complete affidavit in support of his request.  For example,

20   plaintiff's application to proceed *in forma pauperis* indicates that he has cash in a checking or

21   savings account, but it does not provide the total amount in his account(s).  *See* ECF No. 3.

22        Accordingly, within 14 days from the date of this order plaintiff may submit either the

23   filing fee or the application required by 28 U.S.C. § 1915.  Failure to comply with this order may

24   result in a recommendation that this action be dismissed.

25   DATED:  July 18, 2016.

26

27                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
28