JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ENRIQUE TORRES, | ) | Case No. 2:16-CV-01574-EFB |
|---|---|---|
| Plaintiff | ) ) ) | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Comm'r of Social Security, | ) ) ) | |
| Defendant | ) ) ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to February 4, 2017, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to workload issues.  Plaintiff's counsel has four briefs due on the same day.

**Torres v. Colvin**	Stipulation and Proposed Order	E.D. Cal. 2:16-cv-01574-EFB

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 22, 2016                    JACQUELINE A. FORSLUND
                                           Attorney at Law


                                           */s/Jacqueline A. Forslund*
                                           JACQUELINE A. FORSLUND

                                           Attorney for Plaintiff


Date:  December 27, 2016                   PHILIP A. TALBERT
                                           United States Attorney
                                           DEBORAH STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           */s/Roya Massoumi*
                                           ROYA MASSOUMI
                                           Special Assistant United States Attorney
                                           *By email authorization

                                           Attorney for Defendant


                                                ORDER

APPROVED AND SO ORDERED.

DATED:  December 30, 2016.
                                           _____
                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE

**Torres v. Colvin**           **Stipulation and Proposed Order**         **E.D. Cal. 2:16-cv-01574-EFB**