PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ENRIQUE TORRES,<br><br>     Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:16-cv-01574-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for thirty-five (35) days from March 6, 2017, to **April 10, 2017** due to current workload demands. This is Defendant's first request for extension. Good cause exists as counsel for Defendant has a 9th Circuit brief due the same week to the United States Attorneys' Office. In addition, counsel has

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Joint Stipulation and PO for Extension of Time; 2:16-cv-01574-EFB

1

three other briefs due on or around the same time as the current deadline.  Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research and analyze the issues presented by Plaintiff.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  Defendant will diligently meet the new deadline.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 28, 2017        */s/ \*Jacqueline Forslund*
(*as authorized by email on February 23, 2017)
JACQUELINE FORSLUND
Attorney for Plaintiff

Dated:  February 28, 2017       PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      */s/  Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  March 1, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and PO for Extension of Time; 2:16-cv-01574-EFB