PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ENRIQUE TORRES,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br><br>        Defendant. | Case No.: 2:16-cv-01574-EFB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for four days from April 10, 2017, to **April 14, 2017**. This is Defendant's second request for extension. Good cause exists as counsel for Defendant has a pending Ninth Circuit brief to finalize and two back-to-back dispositive motions to file thereafter before the current deadline. Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research and analyze the issues presented by Plaintiff. In addition, Defendant would like some additional time to explore the issues to determine if this case is

Joint Stipulation and PO for Extension of Time; 2:16-cv-01574-EFB

suitable for remand.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 4, 2017            */s/ *Jacqueline Forslund*
                                (*as authorized by email on April 2, 2017)
                                JACQUELINE FORSLUND
                                Attorney for Plaintiff


Dated:  April 4, 2017           PHILLIP A. TALBERT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                    By          */s/  Tina L. Naicker*
                                TINA L. NAICKER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant


### ORDER

APPROVED AND SO ORDERED.

DATED:  April 6, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Joint Stipulation and PO for Extension of Time; 2:16-cv-01574-EFB

2